

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Christopher Hayden Anderson, Appellant

No. 06-22-00007-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 19055). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment adjudicating guilt by changing the recited entry under "Degree of Offense" to "2ND DEGREE FELONY." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Christopher Hayden Anderson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 6, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk